1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

08 APR -2 P 3:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | )  CR-08 00218 RMW PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| AUSTREBERTO PADILLA-SERRANO, | ) |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States charges:

On or about November 27, 2007, the defendant

AUSTREBERTO PADILLA-SERRANO,

an alien, previously having been arrested and deported from the United States on or about October 20, 1995, September 8, 1999, and January 3, 2002, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United

//
//
//

INFORMATION

1 | States, in violation of Title 8, United States Code, Section 1326.
2 | DATED: _____          JOSEPH P. RUSSONIELLO
                            United States Attorney
3
4
5 |                         DAVID R. CALLAWAY
                            Deputy Chief, San Jose Office
6
7 | (Approved as to form: _____)
                            AUSA SCHENK
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                             2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
                                 ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

8 U.S.C. Section 1326 - ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

FILED
2008 APR -2 P 3:30
RICHARD W. WIEKING
US DISTRICT COURT

E-FILING

---- DEFENDANT - U.S. ----

▶ AUSTREBERTO PADILLA-SERRANO

**DISTRICT COURT NUMBER**
CR-08 00218 RMW PVT

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70161 RS

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: