AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Austreberto Padilla-Serrano

WAIVER OF INDICTMENT

CASE NUMBER: CR08-00218 RMW

I, _Austreberto Padillo-Serrano_, the above named defendant, who is accused of

8 U.S.C. § 1326, illegal reentry

FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___4/3/08___ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_Austrebeto Padilla_
Defendant

_Lara SKinnard_
Counsel for Defendant

Before_____
          Judicial Officer