***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** May 12, 2008              **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-08-00218-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- AUSTREBERTO PADILLA-SERRANO
         **APPEARANCES:**

**PLTF:** AUSA: J. Schenk            **DEFT:** L. Vinnard
            **INTERPRETER:**              L. Acre

**COURT ACTION: STATUS HEARING**

Hearing Held. Government has extended a proposed plea agreement. Defense counsel advised the Court that the defendant's family is seeking to get a second opinion. The Court continued this matter to 6/2/08 @ 9:00 am for Possible Disposition. The Court excluded time based on effective preparation. Time is excluded to 6/2/08. Government to prepare exclusion order.

                                    */s/ Jackie Garcia*
                                      **JACKIE GARCIA**
                                     **Courtroom Deputy**