UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

# Criminal Minute Order

Date: June 2, 2008                                      Time in Court: 25 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Lee-Anne Shortridge

**TITLE: United States of America v. Austreberto Padilla-Serrano**
**CASE NUMBER**: CR08-00218RMW
Plaintiff Attorney present: Jeff Schenk
Defendant Attorney present: Lara Vinnard

**PROCEEDINGS: Status Hearing**

Defendant is present in custody and assisted by the Spanish interpreter.

Defendant enters a GUILTY plea to the single count in the Information. Plea Agreement is signed in court. Defendant waives a pre-sentence report.

Judgment and Sentence: Defendant is sentenced to 37 months imprisonment at BOP; special assessment of $100.00; 3 years supervised release; no re-entry into the United States; no fine; court notes that defendant has requested to be located in the state of California.